United States District Court
Southern District of Texas
ENTERED

JUL 15 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

#138

United States District Court
Southern District of Texas
FILED

JUL 10 1998

Michael N. Milby, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

| | |
|---|---|
| H. L. WATKINS, JR. <br> AKA HORACE LAMAR WATKINS § § § | |
| VS. § | CIVIL ACTION NO. B-95-183 |
| § | |
| THE STATE OF TEXAS § § | |
| H. L. WATKINS, JR., § § | |
| VS. § | CIVIL ACTION NO. V-98-0024 |
| § | |
| DEPUTY COURT CLERK, JUAN BARBOSA, SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION; DISTRICT JUDGE FILEMON B. VELA; MAGISTRATE JUDGE FIDENCIO G. GARZA, JR.; ASS'T U.S. ATTORNEY NANCY L. MASSO; U.S. DEA AGENT, STEVEN BALTHROP; U.S. DRUG ENFORCEMENT ADM.; U.S. ATTORNEY GENERAL, JANET RENO; U.S. DEPARTMENT OF JUSTICE § § § § § § § § § § | |

## ORDER

The Court, having examined the contentions of the parties in both the above entitled and numbered causes of action, finds that these cases involve common questions of law and fact.

Pursuant to the provision of Fed. R. Civ. P. 42(a) it is ORDERED that they be consolidated. All future pleadings will be filed in the Brownsville Division in Civil Action No. B-95-183.

The Clerk is directed to send a copy of this Order to the Plaintiff and counsel for all Defendants.

SIGNED this __10__ day of __July__, 1998 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge