Case 1:95-cv-00183   Document 148   Filed in TXSD on 09/23/1998   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**

SEP 25 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
**FILED**

SEP 23 1998

Michael N. Milby, Clerk of Court

148

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| H. L. WATKINS, JR. <br> AKA HORACE LAMAR WATKINS | § § § | |
| VS. | § § | CIVIL ACTION NO. B-95-183 |
| THE STATE OF TEXAS, ET AL. | § § § § | |
| H. L. WATKINS, JR. | § § | |
| VS. | § § | CIVIL ACTION NO. V-98-0024 |
| JUAN BARBOSA, ET AL. | § § | |

## FINAL ORDER

1.  After *de novo* review of the entire file, the Magistrate's Report and Recommendation of August 26, 1998 is **ADOPTED.**

2.  The causes of action against all defendants are **DISMISSED WITH PREJUDICE.**

3.  Future filings by PLAINTIFF HOMER LAMAR WATKINS arising from his 1990 arrest and conviction subject HOMER LAMAR WATKINS to sanctions pursuant to Fed. R. Civ. P. Rule 11.

4.  All pending Motions in this case filed by PLAINTIFF HOMER LAMAR WATKINS are **DENIED.**

DONE in Brownsville, Texas, on this 23 day of September 1998.

_____
Hilda G. Tagle
United States District Judge